# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Lucas M. Seely<br><br>　　　　Debtor(s) | In Proceedings<br>Under Chapter 13<br><br>BK 19−31588−lkg |

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−9431

# ORDER CONFIRMING CHAPTER 13 PLAN

The Court finds that the plan (and if applicable as amended or modified) meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT:**

The debtor's Chapter 13 plan is confirmed.

ENTERED: March 4, 2020　　　　　　　　　　　　/s/ Laura K. Grandy
　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE