IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:  In Proceedings Under
Chapter 13

Lucas M Seely

Bk. No.: 19-31588

Debtor(s)

## REPORT OF PLAN COMPLETION, REQUEST FOR TERMINATION OF WAGE ORDER AND NOTICE CONCERNING DISCHARGE

Russell Simon, Chapter 13 Trustee, reports to this Court the following:

1. The Debtors have completed their payments to the Trustee under the terms of the Chapter 13 Plan.

2. Any Order directed to an employer, the Debtors, or other payor of income, to make plan payments to the Trustee should be terminated.

3. Pursuant to the Chapter 13 Manual, Part One, Section 15, the Court will not grant Debtors a discharge until such time as they have filed a Motion **and** Notice to all creditors and parties in interest, pursuant to 11 U.S.C. sec. 1328 and Bankruptcy Rule 2002(f), setting forth their eligibility for said discharge. Failure to file said Motion within twenty-one (21) days of the filing of the instant Report will result in the Clerk of the Court closing this case without the entry of an Order of Discharge.

/s/ Russell Simon
Russell Simon, Trustee

Dated: Thursday, September 10, 2020

Russell Simon
Chapter 13 Trustee
24 Bronze Pointe
Swansea, IL  62226
(618) 277-0086

CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Thursday, September 10, 2020.

                                                          /s/  Melanie

Lucas M Seely
221 Elvira Dr
Fairview Heights, IL 62208-3635

RONALD A BUCH
5312 W MAIN
BELLEVILLE, IL 62226