# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| LUCAS M. SEELY | ) | |
| | ) | Case No.  19-31588 |
| Debtor. | ) | |

## ORDER

The Trustee having filed and served a Notice of Final Cure Payment (Doc. #43) pursuant to Bankruptcy Rule 3002.1(f) on Nationstar Mortgage LLC d/b/a Mr. Cooper (claim holder), the holder of a claim on the debtor's principal residence; the claim holder having filed a Response agreeing with the Trustee's Notice; the Court FINDS and ORDERS that the debtor has paid in full the amount required to cure any default on the claim and that, as of the date of the last payment due under the plan, the debtor is otherwise current on all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: October 14, 2020

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE/3