**Fill in this information to identify the case:**

Debtor 1   Lucas M Seely

Debtor 2   _____
           (Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Illinois
                                                                 (State)

Case number  19-31588

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper     **Court Claim No.** (if known): 3

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX6069

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☒ No
☐ Yes.  Date of last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case or ruled on by the bankruptcy court. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | 12/26/19 Attorneys' fees for preparing proof of claim | (5) | $350.00 |
| 6. | Appraisal/broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses.  Specify: _____ | | (10) | $0.00 |
| 11. | Other. Specify: Attorneys' fees for preparing and reviewing 410A | 12/24/19 | (11) | $250.00 |
| 12. | Other. Specify: Attorneys' fees for reviewing plan and schedules | 12/10/19 | (12) | $300.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

### Part 2: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Richard B. Aronow
    Signature

Date: February 24, 2020

**Print:** Richard B Aronow
    First Name    Middle Name    Last Name

Title  Attorney for Creditor

Company  Shapiro Kreisman & Associates, LLC

Address  2121 Waukegan Road, Suite 301
    Number    Street

Bannockburn, IL 60015
City    State    ZIP Code

Contact phone  (847) 291-1717

Email  _____

Case No:    19-31588

**UNITED STATES BANKRUPTCY COURT**

# Certificate of Service

**I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on**

Date:    <u>February 24, 2020</u>

Chapter 13 Trustee:  Russell C Simon, Chapter 13 Trustee

Trustee Address:  24 Bronze Pointe, Swansea, IL 62226

Trustee Email:

Debtor's Counsel Name:  Ronald Allan Buch, Ronald A Buch and Associates

Debtor's Counsel Address:  5312 W Main St, Belleville, IL 62226

Debtor's Counsel Email: Belleville@tbcwam.com

Debtor 1 Name:  Lucas M Seely

Debtor 2 Name:

Debtor's Mailing Address:  221 Elvira Drive, Fairview Heights, IL 62208

Debtor Email:

/s/ Richard B. Aronow_____
Richard B Aronow