**Fill in this information to identify the case:**

Debtor 1: Lucas M Seely

Debtor 2: _____
              (Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Illinois

Case number 19-31588

Form 4100R
# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper     **Court Claim No.** (if known): 3-1

**Last four digits** of any number you use to identify the debtor's account: XXXXXX6069

**Property Address:**  221 Elvira Drive
                       Number   Street

                       Fairview Heights, IL 62208
                       City          State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim

☐ Creditor disagrees that debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as the date of this response is:    $_____

## Part 3: Postpetition Default Payments

*Check one:*

☒ Creditor states the debtor(s) are current with all Postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

The next Postpetition payment from the debtor (s) is due on: 10/01/2020

☐ Creditor states the debtor(s) are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.  Total postpetition ongoing payments due:                      (a)        $0.00
b.  Suspense Balance:                                          + (b)        (0.00
c.  **Total**. Add lines a and b.                                 (c)        $0.00

Creditor asserts that the debtor(s) are contractually obligated
for the postpetition payment(s) that first became due on:

Debtor 1: Marcus McClain
          First Name    Middle Name    Last Name

Case number (if known): 15-30436

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Richard B. Aronow
      Signature

Date 09/21/2020

Print:  Richard B. Aronow
      First Name    Middle Name    Last Name

Title Attorney for Creditor

Company  Shapiro Kreisman & Associates, LLC

Address  2121 Waukegan Road, Suite 301
      Number    Street

Bannockburn, IL 60015
City    State  ZIP Code

Phone  (847) 291-1717    Email

| Debtor 1: | Marcus McClain | | | Case number (if known): 15-30436 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on

Date:    September 21, 2020

Chapter 13 Trustee:  Russell C Simon, Chapter 13 Trustee

Trustee Address:  24 Bronze Pointe, Swansea, IL 62226

Trustee Email:

Debtor's Counsel Name:  Ronald Allan Buch, Ronald A Buch and Associates

Debtor's Counsel Address; 5312 W Main St, Belleville, IL 62226

Debtor's Counsel Email:  Belleville@tbcwam.com

Debtor 1 Name:  Lucas M Seely

Debtor 2 Name:

Debtor's Mailing Address:  221 Elvira Drive, Fairview Heights, IL 62208

Debtor Email:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Richard B. Aronow_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Richard B. Aronow